Argued January 19, affirmed January 30, 1978

STATE OF OREGON, *Respondent,*
*v.*
WESLEY DELYLE SIECKMAN, *Appellant.*
(No. DA 137994, CA 9237)
573 P2d 778

Stephen A. Moen, Portland, argued the cause and filed the brief for appellant.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer, and Buttler, Judges.

PER CURIAM.

Affirmed. *Ball v. Gladden,* 250 Or 485, 443 P2d 621 (1968).